**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

**FILED**

NOV 17 2011

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

UNITED STATES OF AMERICA,

　　　　　　　　Plaintiff,

CR 11-15-M-DWM

vs.

LAURA DAWN ARMSTRONG,

　　　　　　　　Defendant.

**FINDINGS & RECOMMENDATION
CONCERNING PLEA**

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of conspiracy to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846 (Count I), as set forth in the Indictment.  In exchange for Defendant's plea, the United States has agreed to dismiss Counts II and III of the Indictment.

After examining the Defendant under oath, I have made the following determinations:

1.  That the Defendant is fully competent and capable of entering an informed and voluntary plea,

2.  That the Defendant is aware of the nature of the charge against her and the consequences of pleading guilty to the charge,

1

3.  That the Defendant fully understands her constitutional rights, and the extent to which she is waiving those rights by pleading guilty, and

4.  That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offense charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that she fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true.  Therefore, I recommend that the Defendant be adjudged guilty of Count I of the Indictment, and that sentence be imposed.  I further recommend that Counts II and III of the Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report**.

DATED this 17th day of November, 2011.

Jeremiah C. Lynch
United States Magistrate Judge

2